UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                        Criminal No. 11-cr-159-01-JD

Ulrick Lucien

O R D E R

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted; Jury selection will be held on June 5, 2012 at 9:30, with trial/evidence to commence on June 12, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                          */s/ Joseph A. DiClerico, Jr.*
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date: March 29, 2012

cc: Behzad Mirhashem, Esq.
    Debra Walsh, Esq.
    U.S. Marshal
    U.S. Probation